

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | NOV 2 9 2010

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Ronald R. Scelson
_____
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 1 0 - 4 3 6 2

versus

Slidell Police Dept
_____
City of Slidell
_____
Unknown members of SPD Swat Team
_____

_____

_____

_____
Print the full name of all defendants in
this action.
**DO NOT WRITE *et al.***

SECTION

**SECT. B MAG. 5**

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (X)

TENDERED FOR FILING

Fee _____
Process _____
X Dktd. _____
CtRmDep. _____
Doc. No. _____

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.     Parties to the previous lawsuit

         Plaintiffs     _____

                             _____

         Defendants    _____

                             _____

    2.     Court (If federal court, name of the district court; if state court, name the parish.)

         _____

    3.     Docket Number _____

    4.     Name of judge to whom case was assigned _____

         _____

    5.     Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

         _____

    6.     Approximate date of filing lawsuit _____

    7.     Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

2

II.     PLACE OF PRESENT CONFINEMENT: _St. Tammany Parish Jail_

     A.    Is there a prisoner grievance procedure in this institution?
           Yes (X) No ( )

     B.    Did you present the facts relating to this complaint in the prisoner grievance
           procedure? Yes ( ) No (X)

     C.    If your answer is "yes",

          1.    Attach a copy of all administrative complaints you have filed regarding
                the claims raised in this lawsuit and copies of all prison responses. If
                copies are not available, list the number assigned to the complaint(s)
                and approximate date it was presented to the prison. _____

          2.    As to each grievance compliant provided or listed above, have you
                exhausted or completed all steps in the procedure, including appeals?

     D.    If your answer is NO, explain why you have not done so: _This lawsuit_
_is not against the St. Tammany Parish Jail. The prison_
_grievance system has no influence on the Slidell_
_Police Swat Team_

III. Parties

     (In item A below, complete the following information. Do the same for additional
     plaintiffs, if any.)

     A.    Full Name of Plaintiff
           (First · Middle · Last) _Ronald  Richard  Scelson_

           Prisoner Number _141527_

           Address _P.O. Box 908 C-327 Covington La 70434_

           Date of Birth _Dec 11, 1972_

           Date of Arrest _Jun 22, 2009_

           Date of Conviction _Sep 13, 2010_

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

C.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

D.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

E.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

F.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

G.   Defendant _____ is employed as _____

_____ at _____

Address for service: _____

4

IV.     Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On June 22, 2009 at my place of employment 1831 3rd St. Apt B Slidell, La 70458. The Slidell Police Swat Team was deploied to my job to serve a arrest and search warrant For R.S. 14:81.2 Molestation of Juvenile. The decision to deploy Swatt was made by Detective Rabalais unwisely, and amounting to an abuse of his official power. Molestation Severity is not in its self a high potential threat to officers safety nor is my "only" "past" convicition of a Issuing worthless Check For $101.42 The use of Swat is to make a "dynamic entry" a show of Force greater Then normal encounters with Citizens. At No point was this a difficut or dangerous Situation. Continued see attached "1"

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1) A declaration that acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States

2) Compensatory damages in the amount of $5,000.00 against each defendant, jointly and severally.

3) Punitive damages in the amount of $90,000.00 against each defendant.

4) A jury trial on all issues triable by jury

5) Plaintiff's Cost in this Suit

6) Any additional relief this court deems just, proper, and equitable

Attached "1"

From the time of my encounter with the Slidell Police Swat Team, I have been plagued with worry, distress, Stress, Panic Attacks, depression, anxiety, and terroizeing and horrifying nightmares of the Swat team running at me, throwing me to the ground putting their boot in the back of my neck. For months my neck was sore, and I had bruses that lasted a couple weeks after this horrifying experience. When ever I see any of the police now In all black or Navy blue my heart races, blood preasure rises, I go into panic attacks, and start shakeing all over with Fear that they will run up on me with their big guns pointed at me and hurt me again.

I have been seeing Dr Dileo and Dr Higgins since July of 2009 because of these symptoms, and I am now on 3 different medications just to help me get through the day and live my life. I will be on these medications for the rest of my life. I will neve be able to be around swat police with out fear for my life. The Drs Say I will always suffer from this. I will be suffering with this trauma for ever.

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___10^Th___ day of __November_____, 20 _10_ .


_____
Ronald Scelson
(Signature of Plaintiff)

04/2006

6

USA FIRST-CLASS FOREVER

NEW ORLEANS LA 701

25 NOV 2010 PM 1 T

**NOT CENSORED**
**ST. TAMMANY PARISH JAIL**

Ronald Scelson C-307
P.O. Box 908
Covington, La 70434

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Camp Street, Room C-151
New Orleans, La 70130

70130+3302