**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**RONALD R. SCELSON**                              **CIVIL ACTION**

**VERSUS**                                         **NUMBER: 10-04362**

**SLIDELL POLICE DEPARTMENT, ET AL.**              **SECTION: "B"(5)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding record evidence and law in support of the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE